# CERTIFICATE OF SERVICE BY CERTIFIED MAIL
### *GUIDO v. SEPULVEDA ET AL.*, C 07-3873 MJJ

I, Lina Baroudi, declare that I am employed in the City and County of San Francisco California. My business address is 550 Kearny St., Suite 200, San Francisco, CA, 94108. I am over the age of 18 and not a party to the above named action.

On August 1, 2007, I served true copies of the following:

**Petition for Writ of Habeas Corpus**
**ECF Registration Information Handout**

on the interested parties, by certified mail, return receipt requested, at:

| | |
|---|---|
| Lt. David Sepulveda, Jail Administrator<br>Santa Clara County Department of Correction<br>150 W. Hedding St.<br>San Jose, CA 95110 | Edward Flores, Chief of Correction<br>Santa Clara County Department of Correction<br>150 W. Hedding St.<br>San Jose, CA 95110 |
| Anthony M. Aiello, Assistant Field Office Director<br>U.S. ICE San Francisco District Office<br>630 Sansome Street<br>San Francisco, CA 94111 | Julie Myers, Assistant Secretary<br>Immigration and Customs Enforcement<br>Department of Homeland Security<br>801 I St, NW, Suite 900<br>Washington, DC 20536 |
| Michael Chertoff<br>U.S. Department of Homeland Security<br>425 I Street, NW<br>Washington, DC 20528 | Alberto Gonzales, U.S. Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001 |
| United States Attorney's Office<br>Northern District<br>450 Golden Gate Avenue, 11th Floor<br>San Francisco, CA 94102 | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing information is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed on August 1, 2007, in San Francisco, California.

                                                                                                          /s/
                                                                                                        Lina Baroudi