SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE GUIDO, | No. C 07-3873 MJJ |
|     Petitioner, | STIPULATION TO BRIEFING SCHEDULE |
| v. | |
| LT. DAVID SEPULVEDA, Jail Administrator, Santa Clara County Department of Correction, et al., | |
|     Respondents. | |

    The Petitioner, by and through his attorney of record, and Respondents,[1] by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to the following briefing schedule, in light of the following:

    1.    On or about March 19, 2007, Immigration and Customs Enforcement apprehended Petitioner, placed him in custody, and initiated removal proceedings. On July 3, 2007, an immigration judge ordered Petitioner removed from the United States. Petitioner has appealed that decision to the Board of Immigration Appeals.

///

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION TO BRIEFING SCHEDULE
C07-3873 MJJ

2.  On July 27, 2007, Petitioner filed the instant Petition for a Writ of Habeas Corpus with this Court.

3.  On August 2, 2007, Petitioner filed an Application for Issuance of Order to Show Cause. To date, the Court has not acted on that Application.

4.  Petitioner hereby withdraws his Application for Issuance of Order to Show Cause, and the parties propose that the following briefing schedule be set:

Last day for Respondents to file Return          September 27, 2007

Last day for Petitioner to file Traverse          October 11, 2007

The parties agree that this matter may be resolved on the papers submitted to the Court, and that unless the Court so requests, no oral argument is necessary.

Dated: August 28, 2007                    Respectfully Submitted,

SCOTT N. SCHOOLS
United States Attorney

_____/s/_____
MELANIE L. PROCTOR
Assistant United States Attorney
Attorneys for Respondents

Dated: August 28, 2007                    _____/s/_____
ROBERT B. JOBE
Attorney for Petitioner

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August  31 , 2007

MARTIN J. JENKINS
United States District Judge

STIPULATION TO BRIEFING SCHEDULE
C07-3873 MJJ