1 | Robert B. Jobe (Cal. State Bar #133089)
LAW OFFICE OF ROBERT B. JOBE
2 | 550 Kearny Street, Suite 200
San Francisco, CA 94108
3 | (415) 956-5513 (phone)
(415) 840-0308 (fax)
4
Attorney for Petitioner,
5 | Jose Guido.

6 | UNITED STATES DISTRICT COURT

7 | NORTHERN DISTRICT OF CALIFORNIA

8 | SAN FRANCISCO DIVISION

9

10 | JOSE GUIDO,                          )        No.    C 07-3873 MJJ
                                        )
11 |         Petitioner,                 )
                                        )
12 |   v.                                )
                                        )
13 | LT. DAVID SEPULVEDA, JAIL           )        **STIPULATION TO EXTEND**
ADMINISTRATOR, SANTA CLARA             )        **PETITIONER'S DEADLINE TO**
14 | COUNTY DEPARTMENT OF                )        **FILE TRAVERSE; [PROPOSED]**
CORRECTION; ET AL.,                    )        **ORDER**
15 |                                     )
           Respondents.                 )
16 | _____)

17 |        Petitioner, by and through his attorney of record, and Defendants, by and their attorneys

of record, hereby stipulate, subject to the approval of the Court, to extend Petitioner's deadline to
18
file his traverse until Monday, October 15, 2007, on the following grounds:
19
20 |        1.      Respondents filed their return to Petitioner's petition for writ of habeas corpus on

September 27, 2007.
21
22 |        2.      Petitioner's counsel returned to the office on Tuesday, October 9, 2007, from a

two-week trip outside of the United States.  Due to the press of business, counsel's office is
23
unable to meet the October 11, 2007 deadline for filing Petitioner's traverse. Respondents'
24
counsel indicated no opposition to extending Petitioner's deadline to file his traverse until
25
Monday, October 15, 2007.
26
        3.      Accordingly, the parties respectfully request that, pursuant to their stipulation, the
27

28 | Stipulation to Extend Petitioner's Deadline to File Traverse and [Proposed] Order
C 07-3873 MJJ

1    Court extend the deadline for filing Petitioner's traverse until Monday, October 15, 2007.

2    DATED:       October 12, 2007           Respectfully submitted,

3                                                      /s/

4                                            _____
                                             ROBERT B. JOBE[1]
5                                            Law Office of Robert B. Jobe
                                             Attorney for Plaintiffs
6

7    DATED:       October 12, 2007           SCOTT N. SCHOOLS
                                             United States Attorney
8
                                                      /s/
9                                            _____
                                             MELANIE L. PROCTOR
10                                           Assistant United States Attorney
                                             Attorneys for Respondents
11                          **[PROPOSED] ORDER**

12          Pursuant to stipulation, IT IS HEREBY ORDERED that Petitioner's deadline to file his

13   traverse is extended to Monday, October 15, 2007.

14          IT IS SO ORDERED.

15

16   DATED:

17                                           _____
                                             MARTIN J. JENKINS
18                                           UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26
     _____
27   [1] I, Robert B. Jobe, attest that both Melanie L. Proctor and I have signed this document.
     Stipulation to Extend Petitioner's Deadline to File Traverse and [Proposed] Order
28   C 07-3873 MJJ