1 | Robert B. Jobe (Cal. State Bar #133089)
LAW OFFICE OF ROBERT B. JOBE
2 | 550 Kearny Street, Suite 200
San Francisco, CA 94108
3 | (415) 956-5513 (phone)
(415) 840-0308 (fax)
4
Attorney for Petitioner,
5 | Jose Guido.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOSE GUIDO, ) | No.   C 07-3873 MJJ |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | |
| LT. DAVID SEPULVEDA, JAIL ) | **STIPULATION TO EXTEND** |
| ADMINISTRATOR, SANTA CLARA ) | **PETITIONER'S DEADLINE TO** |
| COUNTY DEPARTMENT OF ) | **FILE TRAVERSE;** [PROPOSED] |
| CORRECTION; ET AL., ) | **ORDER** |
| ) | |
| Respondents. ) | |

Petitioner, by and through his attorney of record, and Defendants, by and their attorneys of record, hereby stipulate, subject to the approval of the Court, to extend Petitioner's deadline to file his traverse until Monday, October 15, 2007, on the following grounds:

1. Respondents filed their return to Petitioner's petition for writ of habeas corpus on September 27, 2007.

2. Petitioner's counsel returned to the office on Tuesday, October 9, 2007, from a two-week trip outside of the United States. Due to the press of business, counsel's office is unable to meet the October 11, 2007 deadline for filing Petitioner's traverse. Respondents' counsel indicated no opposition to extending Petitioner's deadline to file his traverse until Monday, October 15, 2007.

3. Accordingly, the parties respectfully request that, pursuant to their stipulation, the

Stipulation to Extend Petitioner's Deadline to File Traverse and [Proposed] Order
C 07-3873 MJJ

1  Court extend the deadline for filing Petitioner's traverse until Monday, October 15, 2007.

2  DATED:   October 12, 2007                Respectfully submitted,

3                                                                  /s/

4                                                           _____
                                                            ROBERT B. JOBE[1]
5                                                           Law Office of Robert B. Jobe
                                                            Attorney for Plaintiffs

6

7  DATED:   October 12, 2007                SCOTT N. SCHOOLS
                                                            United States Attorney

8                                                                  /s/

9                                                           _____
                                                            MELANIE L. PROCTOR
10                                                          Assistant United States Attorney
                                                            Attorneys for Respondents

11                             [▇▇▇▇▇▇▇▇] ORDER

12      Pursuant to stipulation, IT IS HEREBY ORDERED that Petitioner's deadline to file his

13  traverse is extended to Monday, October 15, 2007.

14      IT IS SO ORDERED.

15

16  DATED:   1/30/2008

17                                                          _____
                                                            MARTIN J. JENKINS
18                                                          UNITED STATES DISTRICT JUDGE

---

[1] I, Robert B. Jobe, attest that both Melanie L. Proctor and I have signed this document.

Stipulation to Extend Petitioner's Deadline to File Traverse and [Proposed] Order
C 07-3873 MJJ