JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6730
FAX: (415) 436-6927

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOSE GUIDO RUIZ, ) | No. C07-3873 CW |
| ) Petitioner, ) | |
| v. ) | STATUS REPORT |
| ) LT. DAVID SEPULVEDA, Jail ) Administrator, Santa Clara County ) Department of Correction; et al., ) ) Respondents. ) | |

To ensure the Court has the most recent factual background, Respondents hereby respectfully submit this status report. It appears that on November 30, 2007, Petitioner was removed from the United States. See Declaration of Eddie Robinson, Exh. J. However, on the same day, at approximately 2:30 p.m., Petitioner moved the Ninth Circuit Court of Appeals for a stay of removal, and notified Immigration and Customs Enforcement ("ICE") of the motion at approximately 3:00 p.m. Id., Exh. K. Respondents are still in the process of ascertaining the precise hour Petitioner was removed.

///

///

///

STATUS REPORT
No. C07-3873 CW

Subsequent to his removal, Petitioner attempted to reenter the United States. <u>See</u> Declaration of Melanie Proctor, Exh. M. He is now apparently in custody at the Metropolitan Correctional Center in San Diego, California, pending criminal charges for illegal reentry. <u>Id.</u> It is unclear whether Petitioner has posted bond. <u>Id.</u>

Dated: February 20, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
MELANIE L. PROCTOR
Assistant United States Attorney
Attorneys for Respondents

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOSE GUIDO RUIZ, ) <br> ) <br>             Petitioner, ) <br> ) <br> v. ) <br> ) <br> LT. DAVID SEPULVEDA, Jail ) <br> Administrator, Santa Clara County ) <br> Department of Correction; et al., ) <br> ) <br>             Respondents. ) <br> ———————————————— ) | No. C07-3873 CW <br><br> DECLARATION OF EDDIE L. ROBINSON |

I, Eddie L. Robinson, do hereby declare and say:

    1.    I am employed by the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement ("ICE"). I am employed as a Supervisory Detention and Deportation Officer at the San Francisco District Office, located at 630 Sansome Street, San Francisco, California, 94111.

    2.    I make this declaration based upon my personal knowledge and information made known to me in the course of my professional duties and responsibilities.

    3.    On November 30, 2007, pursuant to an administratively final order of removal, Petitioner's custody status was reviewed at 11:30 a.m., and it was determined that he should be removed from the United States. His removal was effectuated the same day. True and correct

ROBINSON DECLARATION
No. C07-3873 CW

1 | copies of documents relating to his removal are attached hereto as Exhibit J.
2 |     4.    At 2:30 p.m. that day, as reflected on the court stamp, Petitioner's attorney apparently
3 | filed a motion for a stay of removal with the Ninth Circuit Court of Appeals. A true and correct
4 | copy of the motion is attached hereto as Exhibit K.
5 |     5.    At approximately 3:09 p.m., Petitioner's attorney faxed the motion to ICE. However,
6 | the fax was sent to the fax machine in the non-detained section of ICE, and addressed to an Officer
7 | De Leon. No such officer works in San Francisco. A true and correct copy of the cover letter to ICE
8 | is attached hereto as Exhibit K.
9 |     I declare under penalty of perjury that the foregoing is true and correct.
10 | Executed this 20th day of February, 2008 at San Francisco, California.

EDDIE L. ROBINSON
Supervisory Detention and Deportation Officer

ROBINSON DECLARATION
No. C07-3873 CW

2

# EXHIBIT J

**Form I-216**
U.S. DEPARTMENT OF HOMELAND SECURITY
IMMIGRATION & CUSTOMS ENFORCEMENT
(Rev.5/22/07)

RECORD OF PERSONS AND PROPERTY TRANSFERRED

Sheet No. _____1_____

Transfer Date: _____11/30/07_____

FROM: BAKERSFIELD    VIA (1) _____    TO: MEX _____    MODE: _____
Origin FO: _____    VIA (2) _____    Dest. FO: _____    Other: _____

| File No. | Name of Person LAST | FIRST | DOB | Nationality | Status (1) | Sex | Convictions | Gang Membership | Class. Level | G-589# | Money $ Amt. | Baggage I-77 No. | Fins # | Comments (2) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | MEXIC | DEPORT | M | NA | NA | NA | NA | NA | 3002 | 6216849 | |
| | | | | MEXIC | DEPORT | M | NA | NA | NA | NA | NA | 3086 | 11065749 | |
| | | | | MEXIC | DEPORT | M | NA | NA | NA | NA | NA | 3079 | 1068169078 | MEDS |
| | | | | MEXIC | DEPORT | M | NA | NA | NA | NA | NA | 3074 | 7464344 | |
| | | | | MEXIC | DEPORT | M | NA | NA | NA | NA | NA | 3085 | 18661783 | |
| | | | | MEXIC | DEPORT | M | NA | NA | NA | NA | NA | NA | 19855420 | |
| | | | | MEXIC | DEPORT | M | NA | NA | NA | NA | NA | 3082 | 900675661 | |
| | | | | MEXIC | DEPORT | M | NA | NA | NA | NA | NA | 3051 | 12780459 | |
| | | | | MEXIC | DEPORT | M | NA | NA | NA | NA | NA | 3081 | 1059593854 | |
| | | | | MEXIC | DEPORT | M | NA | NA | NA | NA | NA | 3080 | 14726065 | |
| | | | | MEXIC | DEPORT | M | NA | NA | NA | NA | NA | NA | 11635456 | |
| | | | | MEXIC | DEPORT | M | NA | NA | NA | NA | NA | 3087 | 15584207 | MEDS |
| A41840419 | GUIDO-RUIS | JOSE | | MEXIC | DEPORT | M | NA | NA | NA | NA | NA | 432670 | 1055919713 | LERDO |
| | | | | MEXIC | DEPORT | M | NA | NA | NA | NA | NA | 3077 | 5475440 | |

*I certify compliance with all ICE Detention and Transfer Standards and JPATS Boarding Requirements for this JPATS/Charter movement.*

Name and Title:            Office:            Contact Number(s):

(1) - Show whether transfer or removal. For transfers show whether NTA or Final Order (F/O)

(2) - Show medical conditions, high risk, flight risk, epileptic, insane, etc.

Use a separate line for each person transferred.
This form is to be executed in sufficient number of copies to allow receiving officer to retain one copy of his personal expense voucher and two additional copies for station of final delivery.

Received the above listed persons, property, and baggage checks

Signature: _____

Title: _____

Place and Date: _____

# DRO REMOVAL CHECKLIST

**ALIEN NAME:** <u>GUIDO-Ruiz, Jose</u>

**A-NUMBER:** <u>A41 840 419</u>

### ADMINISTRATIVE REMOVAL

| | | |
|---|---|---|
| I-294 Warning for Alien Ordered Removed | ☐ Yes | ☐ No |
| I-205 Warrant of Deportation | ☐ Yes | ☐ No |
| I-851A Final Administrative Removal Order | ☐ Yes | ☐ No |
| I-851 Notice of Intent to Issue a Final Administrative Removal Order | ☐ Yes | ☐ No |

### NOTICE TO APPEAR

| | | |
|---|---|---|
| I-862 Notice To Appear | ☐ Yes | ☐ No |
| I-200 Warrant of Arrest | ☐ Yes | ☐ No |
| I-286 Notice of Condition and Release | ☐ Yes | ☐ No |

### REINSTATEMENT OF REMOVAL

| | | |
|---|---|---|
| I-205 Warrant of Deportation | ☐ Yes | ☐ No |
| I-294 Warning for Alien Ordered Removed | ☐ Yes | ☐ No |
| I-871 Reinstatement of Removal | ☐ Yes | ☐ No |

### VISA WAIVER

| | | |
|---|---|---|
| Warrant of Deportation | ☐ Yes | ☐ No |
| Notice of Intent | ☐ Yes | ☐ No |
| I-296 Notice to Alien Ordered Removed | ☐ Yes | ☐ No |

### STIPULATED REMOVAL / FINAL ORDER

| | | |
|---|---|---|
| I-205 Warrant of Deportation | ☑ Yes | ☐ No |
| I-294 Warning for Alien Ordered Removed | ☑ Yes | ☐ No |
| Immigration Judge's Order | ☑ Yes | ☐ No |

### HITS

| | | | |
|---|---|---|---|
| NN13 | ☐ OK | ☑ DNR | ☐ REF |
| SQ11 | ☐ OK | ☑ DNR | ☐ REF |
| NN16 | ☑ OK | ☐ DNR | ☐ REF |
| OTHER (if necessary) | ☐ OK | ☐ DNR | ☐ REF |
| HIT COMMENTS: | | | |

### OTHER

| | | | |
|---|---|---|---|
| 9th USCC Mandate Issued? | ☐ Yes | ☐ No | ☑ N/A |
| Habeas Filed with USDC? | ☐ Yes | ☐ No | ☑ N/A |
| Timely Appeal Filed with BIA? * | ☑ Yes | ☐ No | ☐ N/A |
| Sig Public Benefit/Urgent Humanitarian Reasons alien should not be removed | ☐ Yes | ☐ No | ☑ N/A |

\* BIA dismissed on 11/26/07; per 9CCA nothing filed. Subject to be removed by BKF/DRO w/ JPATS.

REVIEWED BY:

<u>Ethel Balayan</u> _(signature)_  <u>11/30/07</u> at <u>11:30 am</u>
Deportation Officer                      Date

<u>Yakov Grinberg</u> _(signature)_ <u>11/30/07</u>
Supervisory Detention & Deportation Officer    Date

# EXHIBIT K

11/30/2007  15:09        ROBERT JOBE                          PAGE

Robert B. Jobe, Esq.
LAW OFFICE OF ROBERT B. JOBE
550 Kearny Street, Suite 200
San Francisco, CA 94108
(415) 956-5513

Attorney for Petitioners.

## UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| Jose GUIDO-RUIZ, ) | No. |
| ) | A    41-840-419 |
| Petitioner, ) | |
| ) | |
| v. ) | |
| ) | **PETITION FOR REVIEW;** |
| MICHAEL B. MUKASEY, ) | **MOTION FOR STAY OF** |
| U.S. Attorney General, ) | **REMOVAL** |
| ) | |
| Respondent. ) | |
| ) | |
| ) | Detained-Imminent Deportation |

Petitioner Jose Guido-Ruiz ("Mr. Ruiz") through his undersigned counsel, petitions this Court for review of an order of the Board of Immigration Appeals entered on November 26, 2007. *See attached BIA Decision.* Petitioner simultaneously moves the Court to stay his removal during the pendency of these

proceedings.[1]

The petition for judicial review filed by Petitioner is timely. 8 U.S.C. § 1252(b)(1) ("The petition for review must be filed not later than 30 days after the date of the final order of removal.") The Court has jurisdiction under 8 U.S.C. §§ 1252(a)(1) and 1252(d). Venue is based on the fact that Petitioner's removal hearing took place in San Francisco, California. 8 U.S.C. §1252(b)(2) ("The petition for judicial review shall be filed with the court of appeals for the judicial circuit in which the immigration judge completed the proceedings").

For the reasons set forth in the attached brief filed in support of Mr. Guido's appeal to the Board, there are serious legal questions that deserve to be litigated. *See Attached Brief.* Moreover, the balance of hardships tips sharply in Mr. Guido's favor as he has resided in the United States for a lengthy period of time and he currently faces imminent deportation should the Court deny this motion for a stay of removal.

//

//

//

//

---

[1] Petitioner will file a supplement to his request for a stay of removal within seven days of this filing, or by December 7, 2007.

Dated:    November 30, 2007          Respectfully submitted,

                                     LAW OFFICE OF ROBERT B. JOBE

                                     Robert B. Jobe
                                     Chelsea E. HaleyNelson
                                     Counsel for Petitioner

# PROOF OF SERVICE BY MAIL AND PERSONAL DELIVERY
## *Guido-Ruiz v. Mukasey, A 41-840-419*

I, Chelsea E. HaleyNelson, declare:

I am employed in the City and County of San Francisco California. My business address is 550 Kearny St., Suite 200, San Francisco, CA, 94108. I am over the age of 18 and not a party to the above named action.

On November 30, 2007, I served a true copy of the following:

**Petition for Review; Motion for Stay of Removal**

on each of the interested parties, by mail or personal delivery, at:

| | |
|---|---|
| Office of Immigration Litigation<br>Civil Division<br>U.S. Department of Justice<br>P.O. Box 878, Ben Franklin Station<br>Washington, D.C. 20044<br>BY MAIL | Michael B. Mukasey<br>U.S. Attorney General<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001<br>BY MAIL |
| ICE Deportation Unit<br>630 Sansome Street<br>San Francisco, CA 94111<br>BY MAIL | Office of the Chief Counsel<br>Department of Homeland Security<br>120 Montgomery St., Ste. 200<br>San Francisco, CA 94104<br>PERSONAL DELIVERY |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration, made in conformity with 28 U.S.C. § 1746, was executed at San Francisco, California on November 30, 2007.

Chelsea E. HaleyNelson

11/30/2007  15:09      ROBERT JOBE                                    PAGE

**LAW OFFICE OF ROBERT B JOBE**
550 KEARNY STREET STE 200
SAN FRANCISCO CA 94108
(415) 956-5513
Fax: (415) 956-0850
WWW.JOBELAW.COM

## FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| Officer De Leon | Chelsea HaleyNelson, Law Office of Robert B. Jobe |
| | DATE: November 30, 2007 |
| FAX: | TOTAL NO. OF PAGES INCLUDING COVER: |
| RE: Jose Guidoe Ruiz | |

[X] URGENT   [X] FOR REVIEW   [ ] PLEASE COMMENT   [ ] PLEASE REPLY   [ ] PLEASE RECYCLE

NOTES/COMMENTS:

Officer De Leon,

Please see attached stay motion filed in the Ninth Circuit today, along with Petition for Review.

Sincerely,

Chelsea E. HaleyNelson
Attorney at Law
Law Office of Robert B. Jobe
550 Kearny Street, Suite 200
San Francisco, CA 94108
(415) 956-5513 x 121
FAX: (415) 956-0850
chelsea@jobelaw.com



# LAW OFFICE OF ROBERT B. JOBE

550 KEARNY STREET, SUITE 200
SAN FRANCISCO, CA 94108
415.956.5513 (PHONE)
415.956.0850 (FAX)

ROBERT B. JOBE
MARIROSE PICIUCCO
CHELSEA HALEYNELSON
ARWEN SWINK
STEPHANIE C. SMITH

CECILY E. CLEMENTS
SARAH AIRD
SARA COPPIN
CHRISTINE L. LIN
SHOSHANA O'KEEFE
KATHERINE M. LEWIS

November 30, 2007

*via fax*
ICE Deportation
Department of Homeland Security
630 Sansome Street
Att: Officer De Leon
San Francisco, CA

re:   Jose GUIDO-RUIZ, A 41-840-419

Dear Immigration Officer,

Attached is a copy of Mr. Guido-Ruizs's motion for stay of removal, which was filed with the U.S. Court of Appeals for the Ninth Circuit today. **Please note that the filing of this motion stays Mr. Guido-Ruizs's deportation until the Court rules on that motion.** *See De Leon v. INS*, 115 F.3d 643, 644 (9th Cir. 1997)("The filing of a motion for stay or a request for a stay . . . will stay a petitioner's deportation temporarily until the court rules on the stay motion."). *See also* attached Ninth Circuit General Order 6.4(c)("Upon the filing of a motion or request for stay of removal or deportation, the order of removal or deportation is temporarily stayed until further order of the court.").

Please contact me if you have any questions.

Sincerely yours,

LAW OFFICE OF ROBERT B. JOBE

Chelsea E. HaleyNelson
Attorney at Law

WWW.JOBELAW.COM

JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOSE GUIDO RUIZ, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> LT. DAVID SEPULVEDA, Jail ) <br> Administrator, Santa Clara County ) <br> Department of Correction; et al., ) <br> ) <br> Respondents. ) <br> _____ ) | No. C07-3873 CW <br><br> DECLARATION OF MELANIE PROCTOR |

I, Melanie Proctor, declare and state as follows:

    1.    I am employed by the United States Attorney's Office, Northern District of California, as an Assistant United States Attorney. My current employment address is 450 Golden Gate Avenue, Box 36055, San Francisco, California, 94102. I am the attorney assigned to the above-captioned matter.

    2.    In that capacity, I recently requested an update on Petitioner's status from Immigration and Customs Enforcement ("ICE").

    3.    As a result of my inquiry into Petitioner's custody status, I learned that Petitioner has been charged with illegal reentry in the Southern District of California, and apparently has been granted bond. It is not clear whether bond has been posted. Documents relating to that criminal case,

1  obtained through the CM/ECF system of the District Court for the Southern District of California,
2  are attached hereto as Exhibit M.
3        Signed this 20th day of February, 2008, in San Francisco, California.

                        /s/
                 MELANIE L. PROCTOR

EXHIBIT M

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Magistrate Case No. 08 MJ0272 |
| Plaintiff, | |
| v. | COMPLAINT FOR VIOLATION OF |
| **Jose GUIDO-Ruiz** | Title 8, U.S.C., Section 1326 |
| | Attempted Entry After |
| | Deportation (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about **January 28, 2008** within the Southern District of California, defendant **Jose GUIDO-Ruiz**, an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, attempted to enter the United States with the purpose; i.e. conscious desire, to enter the United States at the **San Ysidro Port of Entry**, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Sara Esparagoza, United States Customs
and Border Protection Enforcement Officer

Sworn to before me and subscribed in my presence, this **30th** day of **January, 2008**.

_____
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

On January 28, 2008 at approximately 9:00 PM, **Jose GUIDO-Ruiz (Defendant)** applied for admission into the United States from Tijuana, Mexico at the San Ysidro, California Port of Entry through vehicle primary lane 14. Defendant was the front passenger of a silver 1988 Ford Aerostar. During primary inspection before a Customs and Border Protection (CBP) Officer, a DSP-150 / Border Crossing Card belonging to another person, namely, Jose Rosario OSUNA-Camacho was presented on behalf of Defendant. The primary officer noticed Defendant was an imposter to the document presented and upon inspection of the vehicle, discovered several people concealed in the rear cargo area. Defendant and all passengers were taken into custody and escorted into secondary for a more thorough inspection.

In secondary, Defendant was determined a Mexican citizen with no entitlements to enter or reside in the United States. Defendant was queried by ten-digit fingerprint submission utilizing the Integrated Automated Fingerprint Identification System (IAFIS). IAFIS resulted in a positive match to the query, confirming Defendant's identity and linking him to Immigration and FBI records.

Immigration service records including the Deportable Alien Control System (DACS) revealed Defendant is a citizen of Mexico who had been previously removed from the United States to Mexico. DACS indicates Defendant was ordered deported, excluded or removed by an Immigration Judge from the United States on or about November 26, 2007 and physically removed to Mexico on or about December 2, 2007 via the San Ysidro Port of Entry. Immigration service records contain no evidence that Defendant has applied or received permission from the United States Attorney General or his designated successor, the Secretary of the Department of Homeland Security, to legally seek reapplication for admission into the United States.

Defendant was advised of his Miranda rights and elected to make a statement and answer questions without a lawyer present. Defendant admitted he is a Mexican citizen who has been previously deported or removed from the United States and has not applied for or received proper documents to re-enter the United States. Defendant stated he intended to go to Sonoma County in California. Defendant stated he knew the driver was going to present a document on his behalf to facilitate his illegal entry. Defendant stated he was going to pay a smuggling fee of $3,600.00 USD upon his arrival to Los Angeles, California.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | CRIMINAL CASE NO. 08MJ0272 |
| v. | ) | |
| Guido-Ruiz (1) Defendant. | ) ) | ORDER AND CONDITIONS OF PRETRIAL RELEASE: BAIL (18 U.S.C. § 3142(c)) |

A hearing was held to determine pretrial conditions of release of the defendant pursuant to 18 U.S.C. § 3142. The Federal Judge determined an unconditional release pursuant to 18 U.S.C.§ 3142(b) is not sufficient to assure the appearance of the defendant and the safety of the community. Thus, conditions of pretrial release are necessary pursuant to 18 U.S.C.§ 3142(c). *Good cause appearing*,
  IT IS ORDERED that the defendant shall be released subject to the condition that the defendant: *(a) not commit a federal, state or local crime during the period of release, (b) make all court appearances and (c) comply with the conditions itemized below, as indicated by (✓), in accordance with 18 U.S.C.§ 3142(c)(2):*

**STANDARD CONDITIONS:**
✓ 1. restrict travel to ❑ San Diego County, ☑ Southern District of California, ❑ Central District of California, ❑ State of California, ❑ United States, ☑ do not enter Mexico, ❑ other:_____;
✓ 2. report for supervision to Pretrial Services Agency (PSA) as directed by the assigned PSO and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court;
✓ 3. not possess or use any narcotic drug or controlled substance, (defined in 21 U.S.C. § 802), without a lawful medical prescription;
✓ 4. not possess any firearm, dangerous weapon or destructive device during the pendency of the case;
✓ 5. read, or have explained, and acknowledge understanding of the Advice of Penalties and Sanctions Form;
✓ 6. provide a current residence address and phone number prior to release and keep it current while case pending.

**ADDITIONAL CONDITIONS:**
✓ 7. be able to legally remain in the United States during pendency of the proceedings;
___ 8. submit to treatment, and/or testing, as specified by the PSO, for:
   ❑ drugs or alcohol, and/or ❑ psychiatric or psychological counseling;
___ 9. participate in a Global Positioning System (GPS) satellite monitoring program ❑ active ❑ passive, including, release of defendant to PSA custody; and ❑ residence restrictions and/or ❑ permissive travel for employment. Defendant and sureties are responsible for GPS equipment loss or damage.
   ❑ submit to supervision and custody of _____; and/or
   ❑ remain at a specified residence (curfew) between the hours of ____ P.M. and ____ A.M. daily;
✓ 10. actively seek and maintain full-time employment, schooling, or combination of both;
___ 11. execute a personal appearance bond in the amount of $ _____ secured by:
   ❑ a trust deed to the United States on real estate approved by a Federal Judge;
   ❑ the co-signatures of _____ financially responsible (related) adults;
   ❑ Nebbia Hearing ❑ Exam of Sureties ❑ other: _____
✓ 12. provide the court with: ☑ a cash bond and/or ☑ execute a bail bond by an approved solvent corporate surety in the amount of $ 30,000 that covers **ALL** conditions of release (not just appearances).
___ 13. 18 U.S.C.§ 3142(d) hold until _____; if no detainer is lodged by then, these conditions take effect.
___ 14. clear all warrants/FTA's within ____ days of release.
___ 15. all conditions previously set will remain the same.
___ 16. other conditions: _____

FILED
JAN 30 2008
SOUTHERN DISTRICT COURT CALIFORNIA
BY MB DEPUTY

DATED: 01/30/08

_____
Barbara L. Major
Federal Judge

cc:  Defendant/Counsel & U.S. Pretrial Services

K:\COMMON\EVERYONE\CRIM-49B.WPD
Form Crim-49b(Rev. 8/04)