IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSE GUIDO,

    Plaintiff,

  v.

LT. DAVID SEPULVEDA, et al.,

    Defendants.
_____/

No. 07-03873 CW

ORDER SETTING
BRIEFING SCHEDULE

    The above-entitled, fully briefed habeas petition has recently been transferred to this Court.  The United States Attorney has submitted a status report addressing changes in Petitioner's custody status, but not explaining the effect of these events on the status of the case.  Petitioner's attorney shall file a brief response within ten days, explaining Petitioner's current status, and its effect on the merits of the above-entitled case. The United Status Attorney shall file a reply five days thereafter.

    IT IS SO ORDERED.

3/19/08

Dated _____

_____
CLAUDIA WILKEN
United States District Judge