```
Robert B. Jobe (Cal. State Bar #133089)
LAW OFFICE OF ROBERT B. JOBE
550 Kearny Street, Suite 200
San Francisco, CA 94108
(415) 956-5513 (phone)
(415) 840-0308 (fax)

Attorney for Petitioner,
Jose Guido.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE GUIDO,<br><br>    Petitioner,<br><br>v.<br><br>LT. DAVID SEPULVEDA, JAIL ADMINISTRATOR, SANTA CLARA COUNTY DEPARTMENT OF CORRECTION; ET AL.,<br><br>    Respondents. | No.   C 07-3873 CW<br><br>**PETITIONERS' UNOPPOSED MOTION TO EXTEND BRIEFING SCHEDULE; [PROPOSED] ORDER** |

Petitioner, by and through his attorney of record, hereby moves the Court to extend the deadlines for the briefing schedule, on the following grounds:

1.    On March 19, 2008, the Court set a briefing schedule with Petitioner's response to Respondents' status report due ten days after issuance of the Order, and Respondents' reply due five days thereafter.

2.    Due to the press of business, including preparing for, and presenting *en banc* oral argument before the U.S. Court of Appeals for the Ninth Circuit, Petitioner's counsel's office is unable to meet the current deadline for filing Petitioner's response to Respondents' status report. Respondents' counsel, Melanie Proctor, indicated no opposition to extending Petitioner's deadline to file his response until Wednesday, April 2, 2008, with Respondents' reply due five days thereafter.

3.    Accordingly, the Petitioner respectfully moves the Court to extend the briefing

schedule and extend the deadline for filing his response to Respondents' status report until Wednesday, April 2, 2008.

DATED:    March 31, 2008                    Respectfully submitted,

/s/
_____
ROBERT B. JOBE
Law Office of Robert B. Jobe
Attorney for Petitioner

### [PROPOSED] ORDER

IT IS HEREBY ORDERED that Petitioner's deadline to file his response to Respondents' status report is extended to Wednesday, April 2, 2008.  Respondents' reply is due five days thereafter.

IT IS SO ORDERED.

DATED:

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

Petitioner's Unopposed Motion to Extend Briefing Schedule; [Proposed] Order
C 07-3873 CW