IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSE GUIDO,

    Petitioner,

  v.

LT. DAVID SEPULVEDA, Jail Administrator, Santa Clara County Department of Corrections; EDWARD FLORES, Chief of Correction, Santa Clara County Department of Corrections; ANTHONY M. AIELLO, Assistant Field Office Director, San Francisco District Office, U.S. Immigration and Customs Enforcement; JULIE MYERS, Assistant Secretary, U.S. Immigration and Customs Enforcement; MICHAEL CHERTOFF, Secretary, Department of Homeland Security; MICHAEL MUKASEY, Attorney General of the United States,

    Respondents.

No. C 07-03873 CW

**JUDGMENT**

    For the reasons set forth in this Court's Order Denying as Moot Petition for Writ of Habeas Corpus,

    IT IS ORDERED AND ADJUDGED

    That Petitioner Jose Guido's Petition for Writ of Habeas

1  Corpus is denied as moot and that each party bear its own costs of
2  action.
3       Dated at Oakland, California, this 8th day of May, 2008.
4                                    RICHARD W. WIEKING
                                     Clerk of Court

6                              By:   ___*Sheilah Cahill*___
7                                    SHEILAH CAHILL
                                     Deputy Clerk